

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00178-CV

**WEBB CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Robert **MARSHALL** and Amy Marshall,
Appellees

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2020CVK001053C1
Honorable Hugo Martinez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order denying Webb Consolidated Independent School District's plea to the jurisdiction and motions for summary judgment is AFFIRMED. Costs of appeal are assessed against appellant Webb Consolidated Independent School District.

SIGNED December 13, 2023.

_____
Irene Rios, Justice